B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)                          Case Number **13–29024**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/20/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Edgardo C. Quiso<br>P.O Box 701<br>Streamwood, IL 60107 | Gilda G. Galang<br>P.O Box 701<br>Streamwood, IL 60107 |
| Case Number:   13–29024<br>Office Code:   1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–7347<br>xxx–xx–6746 |
| Attorney for Debtor(s) (name and address):<br>Mohammed O Badwan<br>Sulaiman Law Group, LTD<br>900 Jorie Blvd Ste 150<br>Oak Brook, IL 60523<br>Telephone number:  (630) 575–8181 | Bankruptcy Trustee (name and address):<br>Phillip D Levey ESQ<br>2722 North Racine Avenue<br>Chicago, IL 60614<br>Telephone number:  773 348–9682 |

## Meeting of Creditors:

Date: **September 6, 2013**                                                                Time: **01:00 PM**

Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 11/5/13**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:  1–866–222–8029 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
|---|---|
| Hours Open: Monday – Friday 8:30 AM –4:30 PM | Date:  July 22, 2013 |

## EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-29024-PSH
Edgardo C. Quiso                                                      Chapter 7
Gilda G. Galang
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dsirmons              Page 1 of 3              Date Rcvd: Jul 22, 2013
                              Form ID: b9a                Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2013.
db/jdb       +Edgardo C. Quiso,    Gilda G. Galang,    P.O Box 701,    Streamwood, IL 60107-0701
20752756     +Bar Arbor Glen Homeowner Association,    c/o Las Vegas Valley Community MGT, LLC,    PO Box 750266,
               Las Vegas, NV 89136-0266
20752762      Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
20752763     +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
20752766     +Lehigh Resort Club,    231 Joel Blvd.,    Lehigh Acres, FL 33936-5229
20752767     +OneMain Financial,    684 Illinois Route 59,    Naperville, IL 60540-0900
20752768     +Providence Master Homeowner Association,    8360 E. Via De Ventura,    Building L Suite 100,
               Scottsdale, AZ 85258-3172
20752771     +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
20752772     +Vaction Resorts International,    23041 Avenida de la Carlota, Suite 400,
               Laguna Hills, CA 92653-1544

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: mbadwan@sulaimanlaw.com Jul 23 2013 02:03:57     Mohammed O Badwan,
               Sulaiman Law Group, LTD,    900 Jorie Blvd Ste 150,    Oak Brook, IL  60523
tr           +EDI: QPDLEVEY.COM Jul 23 2013 01:38:00      Phillip D Levey, ESQ,    2722 North Racine Avenue,
               Chicago, IL 60614-1206
20752754     +EDI: BECKLEE.COM Jul 23 2013 01:38:00      American Express,    c/o Becket & Lee,    P.O. Box 3001,
               Malvern, PA 19355-0701
20752755     +EDI: AGFINANCE.COM Jul 23 2013 01:39:00      American General Financial/Springleaf Fi,
               Springleaf Financial/Attn: Bankruptcy De,    PO Box 3251,    Evansville, IN 47731-3251
20752757     +EDI: AIS.COM Jul 23 2013 01:38:00      Capital One, N.A.,    c/o American Infosource,
               P.O Box 54529,    Oklahoma City, OK 73154-1529
20752758     +EDI: CHASE.COM Jul 23 2013 01:38:00      Chase,    ATTN: Bankruptcy Department,    P.O. Box 15298,
               Wilmington, DE 19850-5298
20752761     +EDI: CIAC.COM Jul 23 2013 01:38:00      CitiMortgage, Inc.,    1000 Technology Drive,
               O Fallon, MO 63368-2240
20752759     +EDI: CITICORP.COM Jul 23 2013 01:38:00      Citicorp Credit Services,
               ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,    Kansas City, MO 64195-0507
20752760     +EDI: CIAC.COM Jul 23 2013 01:38:00      Citimortgage Inc,    PO Box 9438,
               Gaithersburg, MD 20898-9438
20752764     +EDI: RMSC.COM Jul 23 2013 01:38:00      GE Capital Retail Consumer Finance,    1600 Summer Street,
               Fifth Floor,    Stamford, CT 06905-5125
20752765      EDI: IRS.COM Jul 23 2013 01:38:00      Internal Revenue Service,    Department of Treasury,
               Kansas City, MO 64999
20752770      EDI: AGFINANCE.COM Jul 23 2013 01:39:00      Springleaf Financial Services,    Crestwood Center,
               13608 Cicero Avenue, Suite C,    Midlothian, IL 60445
20752769     +EDI: SEARS.COM Jul 23 2013 01:38:00      Sears / Citibank USA Sears,    P.O. Box 20363,
               Kansas City, MO 64195-0363
20752773     +EDI: WFFC.COM Jul 23 2013 01:38:00      Wells Fargo Bank, N.A.,    420 Montgomery Street,
               San Francisco, CA 94104-1298
20752774     +EDI: WFFC.COM Jul 23 2013 01:38:00      Wells Fargo Financial Bank,    4137 121st Street,
               Urbandale, IA 50323-2310
20752775     +EDI: WFFC.COM Jul 23 2013 01:38:00      Wells Fargo Home Mortgage,    Po Box 10335,
               Des Moines, IA 50306-0335
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: dsirmons              Page 2 of 3              Date Rcvd: Jul 22, 2013
                              Form ID: b9a                Total Noticed: 25
```

　　　　　***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 24, 2013**　　　　　　　　　　　　　　**Signature:**　　_/s/ Joseph Speetjens_

```
District/off: 0752-1          User: dsirmons            Page 3 of 3            Date Rcvd: Jul 22, 2013
                              Form ID: b9a              Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2013 at the address(es) listed below:

          Mohammed O Badwan    on behalf of Joint Debtor Gilda G. Galang mbadwan@sulaimanlaw.com, mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;SulaimanLaw@BestClientInc.com

          Mohammed O Badwan    on behalf of Debtor Edgardo C. Quiso mbadwan@sulaimanlaw.com, mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;SulaimanLaw@BestClientInc.com

          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

          Phillip D Levey, ESQ    levey47@hotmail.com, plevey@ecf.epiqsystems.com

          TOTAL: 4