B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–29024**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edgardo C. Quiso | Gilda Galang Quiso |
| P.O Box 701 | P.O Box 701 |
| Streamwood, IL 60107 | Streamwood, IL 60107 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–7347                                                         xxx–xx–6746

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: November 6, 2013                     Kenneth S. Gardner, Clerk
                                             United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-29024-PSH
Edgardo C. Quiso                                                    Chapter 7
Gilda Galang Quiso
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 2              Date Rcvd: Nov 06, 2013
                              Form ID: b18             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2013.
```
db/jdb      +Edgardo C. Quiso,    Gilda Galang Quiso,    P.O Box 701,    Streamwood, IL 60107-0701
20752756    +Bar Arbor Glen Homeowner Association,    c/o Las Vegas Valley Community MGT, LLC,    PO Box 750266,
              Las Vegas, NV 89136-0266
20752762     Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
20752763    +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
20752766    +Lehigh Resort Club,    231 Joel Blvd.,    Lehigh Acres, FL 33936-5229
20752767    +OneMain Financial,    684 Illinois Route 59,    Naperville, IL 60540-0900
20752768    +Providence Master Homeowner Association,    8360 E. Via De Ventura,    Building L Suite 100,
              Scottsdale, AZ 85258-3172
20752771    +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
20752772    +Vaction Resorts International,    23041 Avenida de la Carlota, Suite 400,
              Laguna Hills, CA 92653-1544
20752773    +WELLS FARGO BANK, N.A.,,    Andrew J. Nelson,    PIERCE & ASSOCIATES, P.C.,
              1 North Dearborn, Suite 1300,    Chicago, Illinois 60602-4373
20784253    +Wells Fargo Bank, N.A.,    C/O,    Pierce & Associates,    1 N. Dearborn Ste 1300,
              Chicago, IL 60602-4373
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QPDLEVEY.COM Nov 07 2013 00:28:00      Phillip D Levey, ESQ,    2722 North Racine Avenue,
              Chicago, IL 60614-1206
20752754    +EDI: BECKLEE.COM Nov 07 2013 00:28:00      American Express,    c/o Becket & Lee,    P.O. Box 3001,
              Malvern, PA 19355-0701
20752755    +EDI: AGFINANCE.COM Nov 07 2013 00:28:00      American General Financial/Springleaf Fi,
              Springleaf Financial/Attn: Bankruptcy De,    PO Box 3251,    Evansville, IN 47731-3251
20752759     EDI: CITICORP.COM Nov 07 2013 00:28:00      Citicorp Credit Services,
              ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,    Kansas City, MO 64195
20752757    +EDI: AIS.COM Nov 07 2013 00:28:00      Capital One, N.A.,    c/o American Infosource,
              P.O Box 54529,    Oklahoma City, OK 73154-1529
20752758    +EDI: CHASE.COM Nov 07 2013 00:28:00      Chase,    ATTN: Bankruptcy Department,    P.O. Box 15298,
              Wilmington, DE 19850-5298
20752761    +EDI: CIAC.COM Nov 07 2013 00:28:00      CitiMortgage, Inc.,    1000 Technology Drive,
              O Fallon, MO 63368-2240
20752760    +EDI: CIAC.COM Nov 07 2013 00:28:00      Citimortgage Inc,    PO Box 9438,
              Gaithersburg, MD 20898-9438
20752764    +EDI: RMSC.COM Nov 07 2013 00:28:00      GE Capital Retail Consumer Finance,    1600 Summer Street,
              Fifth Floor,    Stamford, CT 06905-5125
20752765     EDI: IRS.COM Nov 07 2013 00:28:00      Internal Revenue Service,    Department of Treasury,
              Kansas City, MO 64999
20752770     EDI: AGFINANCE.COM Nov 07 2013 00:28:00      Springleaf Financial Services,    Crestwood Center,
              13608 Cicero Avenue, Suite C,    Midlothian, IL 60445
20752769    +EDI: SEARS.COM Nov 07 2013 00:28:00      Sears / Citibank USA Sears,    P.O. Box 20363,
              Kansas City, MO 64195-0363
20752774    +EDI: WFFC.COM Nov 07 2013 00:28:00      Wells Fargo Financial Bank,    4137 121st Street,
              Urbandale, IA 50323-2310
20752775    +EDI: WFFC.COM Nov 07 2013 00:28:00      Wells Fargo Home Mortgage,    Po Box 10335,
              Des Moines, IA 50306-0335
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2013                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: admin                 Page 2 of 2            Date Rcvd: Nov 06, 2013
                              Form ID: b18                Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2013 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    Wells Fargo Bank, N.A. anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Charles L. Magerski    on behalf of Joint Debtor Gilda Galang Quiso mbadwan@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;Cmagerski@sulaimanlaw.
               com
              Charles L. Magerski    on behalf of Debtor Edgardo C. Quiso mbadwan@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;Cmagerski@sulaimanlaw.
               com
              Jyothi R Martin    on behalf of Creditor    Wells Fargo Bank, N.A. jramana@atty-pierce.com
              Mohammed O Badwan    on behalf of Debtor Edgardo C. Quiso mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com
              Mohammed O Badwan    on behalf of Joint Debtor Gilda Galang Quiso mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    levey47@hotmail.com,   plevey@ecf.epiqsystems.com
                                                                                             TOTAL: 8
```